■ DANIEL SNYDER, Respondent-Appellant, v DAWN SNYDER, Appellant-Respondent. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.